# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00118-CV

### In re BLF LLC, Bradford W. Bayliff, and Lisa E.W. Bayliff

### ORIGINAL PROCEEDING FROM BLANCO COUNTY

## M E M O R A N D U M   O P I N I O N

We previously granted relator's motion for temporary relief and stayed portions of the trial court's March 17, 2023, order relating to the expunction of a lis pendens. The temporary stay is lifted, and the petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

                                                    _____

                                                    Darlene Byrne, Chief Justice

Before Chief Justice Byrne and Justices Triana and Theofanis

Filed:  April 21, 2023